UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343

21 USC 841(a)(1)
21 USC 846
18 USC 2

CR-ZLOCH
MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LINDON JOHNSON,
 a/k/a "Pablo,"
 a/k/a "Tommy",
MOSI GRANT,
 a/k/a "Pepe,"
 a/k/a "Spanky,"
RICKY MOTEN,
VINCENT HAUGHTON,
 a/k/a "Junior," and
TAMEKA JOHNSON,

    Defendants.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about September 1, 1999, through on or about March 2, 2000, the exact dates being unknown to the Grand Jury, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,



> LINDON JOHNSON,
> a/k/a "Pablo,"
> a/k/a "Tommy",
> MOSI GRANT,
> a/k/a "Pepe,"
> a/k/a "Spanky,"
> RICKY MOTEN,
> VINCENT HAUGHTON,
> a/k/a "Junior," and
> TAMEKA JOHNSON,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to distribute Schedule II controlled substances, that is, at least five (5) kilograms of a mixture and substance containing cocaine and at least fifty (50) grams of a mixture and substance containing cocaine base, commonly known as "crack" cocaine, and a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about January 16, 2000, at Broward County, in the Southern District of Florida and elsewhere, the defendants,

> LINDON JOHNSON,
> a/k/a "Pablo,"
> a/k/a "Tommy", and
> VINCENT HAUGHTON,
> a/k/a "Junior,"

2

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

COUNT III

On or about March 2, 2000, at Broward County, in the Southern District of Florida and elsewhere, the defendants,

> 1 LINDON JOHNSON,
>   a/k/a "Pablo,"
>   a/k/a "Tommy",
> 2 MOSI GRANT,
>   a/k/a "Pepe,"
>   a/k/a "Spanky,"
> 3 RICKY MOTEN, and
> 5 TAMEKA JOHNSON,

did knowingly and intentionally possess with intent to distribute Schedule II controlled substances, that is, at least five (5) kilograms of a mixture and substance containing cocaine, and at least fifty (50) grams of a mixture and substance containing cocaine base, commonly known as "crack" cocaine; in violation

3

of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA            CASE NO. _____
v.
LINDON JOHNSON, et al               **CERTIFICATE OF TRIAL ATTORNEY\***
                                    **Superseding Case Information:**

**Court Division**: (Select One)

___ Miami  ___ Key West             New Defendant(s)          Yes ___ No ___
X__ FTL    ___ WPB ___ FTP          Number of New Defendants  ___
                                    Total number of counts    ___

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:         (Yes or No) __No__
    List language and/or dialect    __English__

4.  This case will take  __3__  days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                              (Check only one)

    I    0 to 5 days         __X__     Petty       ___
    II   6 to 10 days        ___       Minor       ___
    III  11 to 20 days       ___       Misdem.     ___
    IV   21 to 60 days       ___       Felony      __X__
    V    61 days and over    ___

6.  Has this case been previously filed in this District Court? (Yes or No) __No__
    If yes:
    Judge: _____ Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter?(Yes or No) _____No_____
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers:_____
    Defendant(s) in federal custody as of_____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____ District of _____

    Is this a potential death penalty case? (Yes or No) _____No_____

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes _X_ No  If yes, was it pending in the Central Region? _ Yes _X_ No

8.  Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                    _____
                                    TERRENCE J. THOMPSON
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court Bar No. A5500063

\*Penalty Sheet(s) attached                                    REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: LINDON JOHNSON                NO.

Count #I: 21 U.S.C. §846; Conspiracy to distribute cocaine, crack cocaine, and marijuana

*Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine

Count #II: 21 U.S.C. §841(a)(1); Possession with intent to distribute marijuana


Max. Penalty:   Twenty (20) years' imprisonment; and a $1,000,000 fine


Count #III: 21:841(a)(1); Possession with intent to distribute cocaine and crack cocaine
*Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine


Count#:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:


*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: **MOSI GRANT**       NO. _____

**Count #I: 21 U.S.C. §846; Conspiracy to distribute cocaine, crack cocaine, and marijuana**

**\*Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine**

**Count #III: 21:841(a)(1); Possession with intent to distribute cocaine and crack cocaine**
**\*Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine**

**Count #:** _____

**\*Max. Penalty:** _____

**Count #:** _____
**\*Max. Penalty:** _____

**Count #:** _____

Max. Penalty: _____

**Count #:** _____

**\*Max. Penalty:** _____

**Count #:** _____

Max. Penalty: _____

**Count #:** _____

**\*Max. Penalty:** _____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: RICKY MOTEN          NO._____

**Count #I: 21 U.S.C. §846; Conspiracy to distribute cocaine, crack cocaine, and marijuana**

***Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine**

**Count #III: 21:841(a)(1); Possession with intent to distribute cocaine and crack cocaine**

***Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine**

**Count #:** _____
***Max. Penalty:** _____

**Count #:** _____
**Max. Penalty:** _____

**Count#:** _____
***Max. Penalty:** _____

**Count #:** _____
***Max. Penalty:** _____

**Count #:** _____
***Max. Penalty:** _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: **VINCENT HAUGHTON**       NO. _____

Count #I: **21 U.S.C. §846; Conspiracy to distribute cocaine, crack cocaine, and marijuana**

*Max. Penalty: **Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine**

Count #II: **21 U.S.C. §841(a)(1); Possession with intent to distribute marijuana**

Max. Penalty: **Twenty (20) years' imprisonment; and a $1,000,000 fine**

Count #: _____
*Max. Penalty: _____

Count #: _____
Max. Penalty: _____

Count #: _____
*Max. Penalty: _____

Count #: _____
*Max. Penalty: _____

Count #: _____
*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: **TAMEKA JOHNSON**           NO._____

**Count #I: 21 U.S.C. §846; Conspiracy to distribute cocaine, crack cocaine, and marijuana**

***Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine**

**Count #III: 21:841(a)(1); Possession with intent to distribute cocaine and crack cocaine**

***Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine**

**Count #:**
***Max. Penalty:**

**Count #:**
**Max. Penalty:**

**Count#:**
***Max. Penalty:**

**Count #:**
***Max. Penalty:**

**Count #:**
***Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

FL 04117

FGJ 00-01(FTL)

00-6343-
7(...)

FORM J...
JUN 95