AO 442 (Rev. 12/85) Warrant for Arrest  AUSA TERRENCE J. THOMPSON    DEA S/A Doug McElwain 489-1889

## *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MOSI GRANT

**TO: The United States Marshal
and any Authorized United States Officer**

**WARRANT FOR ARREST**

CASE NUMBER: **00-6343**

DEC 7

CR-ZLOCH

YOU ARE HEREBY COMMANDED to arrest ___MOSI GRANT___ MAGISTRATE JUDGE
Name                                    SELTZER

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with intent to distribute and possession with intent to distribute cocaine, crack cocaine, and marijuana;

in violation of Title ___21___ United States Code, Section(s) 846 and 841(a)(1)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention Recommended

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

December 7, 2000, Fort Lauderdale, Florida
Date and Location

by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |