UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55595-004

UNITED STATES OF AMERICA )
            Plaintiff  ) Case Number: CR 00-6343-CR-Zloch
                       ) REPORT COMMENCING CRIMINAL
     -vs-              )          ACTION
                       )
  Mosi Grant           )
          Defendant

FILED by _____ D.
DKTG
DEC 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 12/19/00 → 5:00 am/(PM)

(2) Language Spoken: English

(3) Offense(s) Charged: Possession W/ Intent to Dist. Cocaine 841(G)(1)
    Conspiracy to Possess W/ Intent to Dist. Coc. 846

(4) U.S. Citizen [ ] Yes [X] No [ ] Unknown

(5) Date of Birth: 7/12/78

(6) Type of Charging Document: (check one)
    [X] Indictment [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern Dist of FL.

    COPY OF WARRANT LEFT WITH BOOKING OFFICE? [ ] YES [X] NO

Amount of Bond: $ N/A — PTD
Who set Bond: _____

(7) Remarks: _____

(8) Date: 12/20/00   (9) Arresting Officer: S/A Doug McElwain

(10) Agency: DEA         (11) Phone: 489-1880

(12) Comments: _____

10