COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER

**ADD ON**

DEFT: _____ MOSI GRANT _____

AUSA: _____ Terry Thompson _____

AGENT: _____

PROCEEDING: I/A - Sealed indictment

BOND HEARING HELD - yes/no

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

CASE NO: 00-6343-CR-ZLOCH

ATTNY: Daryl Wilcox

VIOL: 21:846

BOND REC: PTD

COUNSEL APPOINTED: Federal Public Defender

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

(2) _____ Halfway House _____

_____ Electronic Monitoring _____

no Tapes

FILED by ___ D.C.

DEC 2 0 2000

CLER... ... T.
S.D. OF FLA. FT. LAUD.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 12/28/00 | 10:00 | Seltzer |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 1/4/01 | 11:00 | Snow |

DATE: DECEMBER 20, 2000   TIME: 11:00   TAPE # 00-099   PG # 530