AO 442 (Rev. 12/85) Warrant for Arrest  AUSA TERRENCE J. THOMPSON    DEA S/A Doug McElwain 489-1889

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA    527532

UNITED STATES OF AMERICA

V.

MOSI GRANT

## WARRANT FOR ARREST

CASE NUMBER:

**00-6343**

CR-ZLOCH

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MOSI GRANT MAGISTRATE JUDGE
                                                 Name        SELTZER

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Conspiracy to possess with intent to distribute and possession with intent to distribute cocaine, crack cocaine, and marijuana;

in violation of Title __21__ United States Code, Section(s) 846 and 841(a)(1)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention Recommended

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

December 7, 2000, Fort Lauderdale, Florida
Date and Location

by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, Fl

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/7/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST | | Edward Purchase, SDUSM |
| 12/19/00 | | |

19