## COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| DEFT: | MOSI GRANT (J) #55595-004 | CASE NO: | 00-6343-CR-ZLOCH |
|---|---|---|---|
| AUSA: | TERRY THOMSON | ATTY: | FPD |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD HEARING | RECOMMENDED BOND: | PTD |

BOND HEARING HELD - yes (no)    COUNSEL APPOINTED: _____
BOND SET @: 100,000 CSB    To be cosigned by: _____
w/ Nebbia

Stipulated bond set because deft has immigration hold. Gov't + defense reserve right to go fwd with PTD hrg at later date.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone: ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 12/2/8/00  TIME: 10:00  FTL/BSS TAPE # 00 - 101  Begin 1862  End 1962

-37