UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

MOSI GRANT,  :

    Defendant.  :

_____

### STATUS REPORT

A status conference was held in this cause on January 4, 2001. At that conference, the parties informed the Court as follows:

1. Discovery was provided on the date of the status conference.

2. Counsel for the defendant shall have until January 25, 2001, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this 5th day of January, 2001.

                               LURANA S. SNOW
                               UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Terrence Thompson (FTL)
AFPD Robert Norman Berube (FTL)

