UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343-CR-ZLOCH/Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOSI GRANT,

    Defendant.

_____/

## MOTION TO CONTINUE TRIAL

The Defendant, Mosi Grant, through counsel, files this Motion to Continue Trial and states as follows:

Defendant Grant was consulted prior to filing this Motion and he has no objection. He is presently incarcerated in the Federal Detention Center, Miami, Florida.

Due to an unexpected serious family illness, undersigned counsel and his entire family will be traveling to New Hampshire on Thursday, March 8, 2001, returning Tuesday, March 13, 2001.

Assistant United States Attorney Washington was contacted for his position on this Motion To Continue. He was unavailable for comment, however a message was left on his voice mail explaining the situation.

It is conceivable that this case may be resolved with a plea. Additional time is need to resolve a few outstanding matters with Mr. Washington.

WHEREFORE, the Defendant, requests that the case be continued for a reasonable period of time.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Robert N. Berube
 Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 7th day of March, 2001, to Dana Washington, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube