FILED by _____ D.C.
DKTG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

MAR 0 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6343-Cr-Zloch   DATE 3-9-01

CLERK Carline Newby   REPORTER Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Linden Johnson, Mosi Grant, Ricky Moten, Tameka Johnson

U. S. ATTORNEY Dana Washington   DEFT COUNSEL David Joffe, ...a Flores, Jan MASR. hi, Emmanuel Perez

DEFENDANT:   PRESENT ___   NOT PRESENT ___   ON BOND ___   IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft Grant's motion to continue granted. All time excluded until trial actually commences —

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 3-4 Custody

70