UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.

APR   2001

CASE NUMBER _OO-6343-CR-Zloch_ DATE _4-6-01_

CLERK _Carline Newby_    REPORTER _Carl Schenzleh_

PROBATION _____ INTERPRETER _____

UNITED STATES OF AMERICA V. _Mosi Grant a_
_Tameka Johnson_

U. S. ATTORNEY _DAnce Washington_ DEFT COUNSEL _Emanuel Perez_

DEFENDANT:  PRESENT _____ NOT PRESENT _____ ON BOND _____ IN CUSTODY _____

REASON FOR HEARING _Calendar Call_

RESULT OF HEARING _Mosi Grant to enter plea_
_4-9-01_
_Trial - 4-10-01 - 10:30_

JUDGMENT _____

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _2 days_
_Custody_

83