FILED by _____ D.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

APR 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER  00-6343-CR-Zloch   DATE 4-9-01

CLERK  Carline Newby   REPORTER  Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Mosi Grant

U. S. ATTORNEY Dana Washington   DEFT COUNSEL Robert Berube

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Change of Plea to Count 1 -

RESULT OF HEARING  Deft entered a plea of guilty to Count 1

JUDGMENT  Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO  6-21-01  TIME 10:30  FOR Sentencing

MISC  Written Plea Agreement

86