FILED by _____ D.C.
JUN 21 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6343-CR-Zloch   DATE 6-21-01
CLERK Carlone Newky   REPORTER Carl Schanzel
PROBATION Debra Pratt   INTERPRETER

UNITED STATES OF AMERICA v. Mos: Grant

U. S. ATTORNEY Dana Washington   DEFT COUNSEL Robert Berube

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Ct accepts stipulation as to role — Ct 1 - 151 months custody of BOP - 5 yrs supervised release - $100 assessment. Spec Conds. Upon completion of confinement
JUDGMENT be surrendered for Removal proceedings. Not Re-enter w/o prior approval of A.G. Non Reporting, if Removed. Don't indulge in Drug/Alcohol Abuse program -

CASE CONTINUED TO _____   TIME _____   FOR _____
FPD appointed for appeal - Ct Recommends
MISC  Facility in Florida -
Ct. 3 dismissed -

/04