Judgment-Page 2 of 8

DEFENDANT: **GRANT, MOSI**
CASE NUMBER: **00-6343-CR-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 151 months.

☐ The Court makes the following recommendations to the Bureau of Prisons: a facility in Florida.

☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district.

  ☐ at          a.m. / p.m. on

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

  ☐ before 2:00 p.m. on

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  8-13-01  to  MARVIN D. MORRISON

at FCI FORREST City, with a certified copy of this judgment.

MARVIN D. MORRISON
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

